AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| **v.** | ) |
| | )Case No.  **5:26-MJ-142 (ML)** |
| | ) |
| **JOSHUA JAMES ALEXANDER** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On

or about the date(s) of June 6, 2026 in the county of Oswego in the Northern District of New York the defendant(s)

violated:

| *Code Section* | *Offense Description* |
|---|---|
| **18 U.S.C. § 871** | **Making threats against the President of the United States** |

This criminal complaint is based on these facts:
**See Attached Affidavit**

☒      Continued on the attached sheet.

_Nicholas Bello_
_____
*Complainant's signature*

**Nicholas Bello, Special Agent, US Secret Service**
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:      June 17, 2026
_____

_Miroslav Lovric_
_____
*Judge's signature*

City and State:    **Binghamton, New York**

**Hon. Miroslav Lovric, U.S. Magistrate Judge**
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, NICHOLAS BELLO, being duly sworn, deposes and states as follows:

1.      I have been employed as a Special Agent with the United States Secret Service (USSS) since 2024. The USSS is an agency within the Department of Homeland Security (DHS), which is a department within the executive branch of the United States Government.  I have received extensive formal training in criminal investigations and the examination of evidence, to include the investigation of crimes involving threats to the President, the Vice President, their families, and others under the protection of the Secret Service. I have received training from the Federal Law Enforcement Training Center, Glynco, Georgia, and the United States Secret Service, Beltsville, Maryland.

2.      As a Federal Agent, I am empowered under the authority of Title 18, United States Code, Section 3056, to investigate violations of federal criminal laws including such offenses related to protective intelligence and threats made against the President of the United States and successors to the Presidency. Specifically, one of the areas which I have investigative responsibility involves violations relating to threats against the President and successors to the Presidency, Title 18, United States Code, Section 871.

3.      I make this Affidavit in support of an application for a criminal complaint and arrest warrant for Joshua James ALEXANDER (hereinafter ALEXANDER), date of birth (DOB) XX/XX/1983, for violations of Title 18, United States Code, Section 871.

4.      I make this Affidavit from personal knowledge based on my participation in this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.  The information outlined below is provided for the limited purpose of securing an

arrest warrant and establishing probable cause that ALEXANDER committed the above-listed offense. This Affidavit does not contain all details or facts known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that ALEXANDER, knowingly violated Title 18, United States Code, Section 871, Threats against President and successors to the Presidency. The information that I have set forth herein I believe to be reliable based upon my investigation to date.

5. As more fully set out below, this investigation has developed evidence and information that ALEXANDER knowingly and willfully made threats to take the life of and inflict bodily harm upon the President of the United States.

## PROBABLE CAUSE

6. On or about June 06, 2026, the United States Capital Police (USCP) notified the USSS regarding alleged threats against the President of the United States and others posted by Joshua ALEXANDER, utilizing X.com handle @JoshuaJAle40233. USSS then provided the following identifiers for the subject:

NAM: Joshusa ALEXANDER

DOB: XX/XX/1983

PHN: 315-XXX-3521

7. ALEXANDER's X account posted the following on June 6, 2026, "I'm going to rent a car and I'm coming to find you President Trump." Another post the same day read, "I'm going to rent a car and come murder you, Donald Trump. If you don't give me my money."

8. On June 06, 2026, law enforcement officers located ALEXANDER near his residence in Oswego, NY, and arrested him under New York State law for making terroristic threats. Immediately upon arrest, ALEXANDER told the officer that he wanted to murder

Donald Trump because the President and his family needed to be murdered along with Barack Obama. While ALEXANDER was in booking, I identified myself as an agent with the U.S. Secret Service. I read ALEXANDER his Miranda rights in accordance with USSS policy. ALEXANDER waived his rights and agreed to be interviewed.

9. When interviewed, ALEXANDER immediately admitted that he had told Donald Trump he would murder him. ALEXANDER stated that the reason he made those threats was because he wants President Trump to help him get out of NY and to be protected from former FBI Director James Comey. ALEXANDER believes James Comey has been chasing after him and has previously drugged and raped him. ALEXANDER stated that he has sent over one hundred emails to the White House asking for assistance. Throughout the interview, ALEXANDER continued to make threats toward the President. As I started to read a post from X.com handle @JoshuaJAle40233, ALEXANDER interrupted and stated that he was going to "fucking kill" the President and that what I had read from X was exactly what ALEXANDER had posted.

10. ALEXANDER was recently mandated to undergo a 9.41 mental health evaluation on 06/03/2026, as a result of harassing law enforcement outside of his apartment.

## CONCLUSION

11. The investigation has revealed that ALEXANDER knowingly violated 18 U.S.C. § 871 by uttering statements in which he threatened to kill the President of the United States, both on X and in statements to law enforcement.

12. Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that on June 06, 2026, ALEXANDER violated Title 18, United States Code, Section 871, by making threats to kill the President of the United States.

ATTESTED TO BY THE APPLICANT BY VIDEO CONFERENCE IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

*Nicholas Bello*

Nicholas Bello
Special Agent, U.S. Secret Service


I, the Honorable Miroslav Lovric, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by video conference on _____ June 17, 2026 _____ , in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Honorable Miroslav Lovric
United States Magistrate Judge